IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
ANTHONY J. DERCOLE  
    Debtor(s)

Bankruptcy No. 19-23948-CMB

Chapter 13

ANTHONY J. DERCOLE  
    Movant(s)

Related to: Document No. 10

vs.

RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER

AND NOW, this __23rd__ day of __October__, 20_19_, upon consideration of the Debtor's MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 13 PETITION AND PLAN, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtor is hereby granted an extension until November 5, 2019 to file a completed Chapter 13 petition and plan in this case.

BY THE COURT:

_Carlota M. Böhm_    glb  
Carlota M. Böhm  
Chief United States Bankruptcy Judge

FILED  
10/23/19 12:48 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 19-23948-CMB
Anthony J. Dercole                                                             Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 2              Date Rcvd: Oct 23, 2019
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2019.
db           +Anthony J. Dercole,    1008 Fern Valley Rd,    Jefferson Hills, PA 15025-3503
15136569     +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15136570     +Barclay's Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
15136571     +Barclays Bank Delaware,    Attn: Correspondence,    PO Box 8801,    Wilmington, DE 19899-8801
15136572     +Carly Dercole,    317 Melvin Drive Apt 103,    Pittsburgh, PA 15236-1429
15136573     +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
15136574     +Catherine Dercole,    60 Clover Drive Apt 2,    Pittsburgh, PA 15236-3766
15136575     +Citibank,    Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
15136577     +First National Bank,    Attn: Bankruptcy,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
15136580     +Law Offices of Frederic I. Weinberg,    & Associates,    375 E. Elm Street,    Suite 210,
               Conshohocken, PA 19428-1973
15141180    ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
              (address filed with court:   First National Bank of Omaha,     1620 Dodge St., Stop Code 3105,
               Omaha, NE 68197)
15136585     +PNC Bank,    Attn: Bankruptcy,    PO Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15136586     +Ratchford Law Group, PC,    54 Glenmaura National Blvd. Suite 104,    Moosic, PA 18507-2101
15136587     +Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus Mac X2303-01a,
               Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15136568     +E-mail/Text: ally@ebn.phinsolutions.com Oct 24 2019 02:51:56     Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
15136576     +E-mail/Text: cwfcu@verizon.net Oct 24 2019 02:52:57      Clairton Works FCU,    121 S 2nd Ave,
               Elizabeth, PA 15037-1549
15136578      E-mail/Text: cio.bncmail@irs.gov Oct 24 2019 02:52:04      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
15136579      E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 24 2019 02:52:47      Jefferson Capital Systems, LLC,
               PO Box 1999,    Saint Cloud, MN 56302
15136582     +E-mail/PDF: pa_dc_claims@navient.com Oct 24 2019 02:48:48      Navient,    Attn: Claims Dept,
               P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
15136581     +E-mail/PDF: pa_dc_claims@navient.com Oct 24 2019 02:49:20      Navient,    Attn: Bankruptcy,
               PO Box 9640,    Wiles-Barre, PA 18773-9640
15136584      E-mail/Text: blegal@phfa.org Oct 24 2019 02:52:37      Pennsylvania Housing Finance Agency,
               211 North Front Street,    P.O. Box 8029,    Harrisburg, PA 17101
15136583      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2019 02:52:17
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, F/K/A The Bank of New
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee Et Al... bkgroup@kmllawgroup.com
              Mark G. Moynihan    on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net,
               moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

```
District/off: 0315-2           User: dpas                  Page 2 of 2                  Date Rcvd: Oct 23, 2019
                               Form ID: pdf900             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    TOTAL: 4