IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankruptcy No. 19-23948-CMB
ANTHONY J. DERCOLE
    Debtor                                                          Chapter 13

ANTHONY J. DERCOLE                                              Related to: Document No. 16
    Movant

vs.

RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

## ORDER

AND NOW, this __13th__ day of __November__, 20 __19__, upon consideration of the Debtor's THIRD MOTION FOR EXTENSION OF TIME TO FILE COMPLETED CHAPTER 13 PETITION AND PLAN, it is hereby ORDERED, ADJUDGED and DECREED, that the Debtor is hereby granted an extension until November 19, 2019 to file a completed Chapter 13 petition and plan in this case.

No further extensions will be granted.

BY THE COURT:

_Carlota M. Böhm_   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
11/13/19 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony J. Dercole
    Debtor

Case No. 19-23948-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas    Page 1 of 1    Date Rcvd: Nov 13, 2019
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
db          +Anthony J. Dercole,    1008 Fern Valley Rd,    Jefferson Hills, PA 15025-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New York as trustee Et Al... bkgroup@kmllawgroup.com
         Mark G. Moynihan    on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                           TOTAL: 4