United States Steel Corporation
Pittsburgh, PA 15219-2800

**08-12-19**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE
ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK
ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
 6030 31938    10532          06222
Anthony J. D'Ercole
1008 Fern Valley Road
Jefferson Hills        PA 15025

THIS NOTICE IS
NOT NEGOTIABLE

---

| NON-NEGOTIABLE | RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS. |
|---|---|

United States Steel Corporation                    Pittsburgh, PA 15219-2800

EMP NAME   Anthony J. D'Ercole                          LOCATION/USS ID/RESP    6030 31938    10532
EMP ADDRESS  1008 Fern Valley Road    Jefferson Hills,  PA  15025         PAY ENDING    07-27-19
W-4 ELECTIONS: FED W/H EXEM 02   STATE W/H EXEM 00

| ** EARNINGS ** | | ** YTD INFORMATION ** | | ** CURRENT POSITION DATA ** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | TOT | SUN | OT | HOL | INCENT |
| Profit Sharing | 357.69 | Gross Earns | 47445.51 | POSIT | HRS | HRS | HRS | HRS |
| * TOTAL GROSS * | 357.69 | Jefferson Hills | 237.24 | WORKED | | | | |
| | | Federal Tax | 6300.28 | | | | | |
| ** DEDUCTIONS ** | | OPT Clairton | 34.00 | TOTAL | 0.0 | 0.0 | 0.0 | 0.0 |
| Jefferson Hills | 1.79 | Medicare | 687.96 | | | | | |
| Federal Tax | 78.69 | PA State Tax | 1456.57 | | | | | |
| OPT Clairton | 2.00 | Social Security | 2941.62 | | | | | |
| Medicare | 5.19 | PA Unemployment | 28.47 | | | | | |
| PA State Tax | 10.98 | PA SD W Jefferson | 237.24 | | | | | |
| Social Security | 22.18 | 401k | 367.74 | | | | | |
| PA Unemployment | 0.22 | Union Dues | 549.49 | | | | | |
| PA SD W Jefferson | 1.79 | | | | | | | |
| Union Dues | 5.19 | | | | | | | |
| * TOTAL DEDUCTIONS * | 128.03 | | | | | | | |
| | | | | | | | | |
| *THIS DISTRIBUTION* | 229.66 | | | | | | | |

CONGRATULATIONS FROM DAVID BURRITT, PRESIDENT AND CHIEF
EXECUTIVE OFFICER-USS AND THE USW LEADERSHIP.  THE PROFIT
SHARING CALCULATION FOR THE SECOND QUARTER WILL RESULT IN A
PAYMENT OF APPROXIMATELY $1.163 PER ELIGIBLE HOUR.  EMPLOYEES
WITH THE FULL COMPLEMENT OF ELIGIBLE HOURS WILL RECEIVE ABOUT
$558.  THANK YOU FOR YOUR HARD WORK AND PLEASE KEEP WORKING
SAFELY.

United States Steel Corporation
Pittsburgh, PA 15219-2800

**08-20-19**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE
ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK
ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 31938    10532                05021
Anthony J. D'Ercole
1008 Fern Valley Road
Jefferson Hills          PA 15025

THIS NOTICE IS
NOT NEGOTIABLE

---

| NON-NEGOTIABLE | RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS. |
|---|---|

United States Steel Corporation                     Pittsburgh, PA 15219-2800

EMP NAME    Anthony J. D'Ercole                          LOCATION/USS ID/RESP    6030 31938    10532
EMP ADDRESS  1008 Fern Valley Road    Jefferson Hills,  PA  15025                    PAY ENDING    08-10-19
W-4 ELECTIONS: FED W/H EXEM 02    STATE W/H EXEM 00

| ** EARNINGS ** | | ** YTD INFORMATION ** | | ** CURRENT POSITION DATA ** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | POSIT | TOT | SUN | OT | HOL | INCENT |
| S&A Benefit | 1509.20 | Gross Earns | 48954.71 | WORKED | HRS | HRS | HRS | HRS | |
| * TOTAL GROSS * | 1509.20 | Jefferson Hills | 244.79 | | | | | | |
| | | Federal Tax | 6417.61 | | | | | | |
| ** DEDUCTIONS ** | | OPT Clairton | 34.00 | TOTAL | 0.0 | 0.0 | 0.0 | 0.0 | |
| Jefferson Hills | 7.55 | Medicare | 709.84 | | | | | | |
| Federal Tax | 117.33 | PA State Tax | 1502.90 | | | | | | |
| Medicare | 21.88 | Social Security | 3035.19 | | | | | | |
| PA State Tax | 46.33 | PA Unemployment | 29.37 | | | | | | |
| Social Security | 93.57 | PA SD W Jefferson | 244.79 | | | | | | |
| PA Unemployment | 0.90 | 401k | 367.74 | | | | | | |
| PA SD W Jefferson | 7.55 | Union Dues | 549.49 | | | | | | |
| * TOTAL DEDUCTIONS * | 295.11 | | | | | | | | |
| | | | | | | | | | |
| *THIS DISTRIBUTION* | 1214.09 | | | | | | | | |

Effective 8/1/19, employees should contact the Benefit Service Center
for Payroll related questions instead of calling the Global Service Desk.
For Payroll questions, please call the Benefit Service Center directly at
412-433-5790 or toll-free 877-877-4586 from 8am to 5pm EST, Monday
through Friday or email BenefitsServiceCenter@uss.com anytime.

United States Steel Corporation
Pittsburgh, PA 15219-2800

**09-03-19**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE
ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK
ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 31938    10532        05958
Anthony J. D'Ercole
1008 Fern Valley Road
Jefferson Hills        PA 15025

THIS NOTICE IS
NOT NEGOTIABLE

---

**NON-NEGOTIABLE**        RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.

United States Steel Corporation                    Pittsburgh, PA 15219-2800

| EMP NAME   Anthony J. D'Ercole | LOCATION/USS ID/RESP    6030 31938    10532 |
| EMP ADDRESS  1008 Fern Valley Road    Jefferson Hills, PA 15025 | PAY ENDING    08-24-19 |
| W-4 ELECTIONS: FED W/H EXEM 02    STATE W/H EXEM 00 | |

| ** EARNINGS ** | | ** YTD INFORMATION ** | | ** CURRENT POSITION DATA ** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | POSIT | TOT | SUN | OT | HOL | INCENT |
| S&A Benefit | 1509.20 | Gross Earns | 50463.91 | WORKED | HRS | HRS | HRS | HRS |
| * TOTAL GROSS * | 1509.20 | Jefferson Hills | 252.34 | | | | | |
| | | Federal Tax | 6534.94 | | | | | |
| ** DEDUCTIONS ** | | OPT Clairton | 36.00 | TOTAL | 0.0 | 0.0 | 0.0 | 0.0 |
| Jefferson Hills | 7.55 | Medicare | 731.73 | | | | | |
| Federal Tax | 117.33 | PA State Tax | 1549.23 | | | | | |
| OPT Clairton | 2.00 | Social Security | 3128.76 | | | | | |
| Medicare | 21.89 | PA Unemployment | 30.28 | | | | | |
| PA State Tax | 46.33 | PA SD W Jefferson | 252.34 | | | | | |
| Social Security | 93.57 | 401k | 367.74 | | | | | |
| PA Unemployment | 0.91 | Union Dues | 549.49 | | | | | |
| PA SD W Jefferson | 7.55 | | | | | | | |
| * TOTAL DEDUCTIONS * | 297.13 | | | | | | | |
| | | | | | | | | |
| *THIS DISTRIBUTION* | 1212.07 | | | | | | | |

Effective 8/1/19, employees should contact the Benefit Service Center
for Payroll related questions instead of calling the Global Service Desk.
For Payroll questions, please call the Benefit Service Center directly at
412-433-5790 or toll-free 877-877-4586 from 8am to 5pm EST, Monday
through Friday or email BenefitsServiceCenter@uss.com anytime.

United States Steel Corporation
Pittsburgh, PA 15219-2800

**09-17-19**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE
ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK
ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 31938    10532            01156
Anthony J. D'Ercole
1008 Fern Valley Road
Jefferson Hills        PA 15025

THIS NOTICE IS
NOT NEGOTIABLE

---

| NON-NEGOTIABLE | RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS. |
|---|---|

United States Steel Corporation              Pittsburgh, PA 15219-2800

EMP NAME     Anthony J. D'Ercole                    LOCATION/USS ID/RESP    6030 31938    10532
EMP ADDRESS  1008 Fern Valley Road    Jefferson Hills, PA 15025            PAY ENDING    09-07-19
W-4 ELECTIONS: FED W/H EXEM 02   STATE W/H EXEM 00

| ** EARNINGS ** | | ** YTD INFORMATION ** | | ** CURRENT POSITION DATA ** |
|---|---|---|---|---|
| S&A Benefit | 1509.20 | Gross Earns | 51973.11 | POSIT    TOT   SUN   OT    HOL    INCENT |
| * TOTAL GROSS * | 1509.20 | Jefferson Hills | 259.89 | WORKED   HRS   HRS   HRS   HRS |
| | | Federal Tax | 6652.27 | |
| ** DEDUCTIONS ** | | OPT Clairton | 38.00 | TOTAL    0.0   0.0   0.0   0.0 |
| Jefferson Hills | 7.55 | Medicare | 753.61 | |
| Federal Tax | 117.33 | PA State Tax | 1595.56 | |
| OPT Clairton | 2.00 | Social Security | 3222.33 | |
| Medicare | 21.88 | PA Unemployment | 31.18 | |
| PA State Tax | 46.33 | PA SD W Jefferson | 259.89 | |
| Social Security | 93.57 | 401k | 367.74 | |
| PA Unemployment | 0.90 | Union Dues | 549.49 | |
| PA SD W Jefferson | 7.55 | | | |
| * TOTAL DEDUCTIONS * | 297.11 | | | |
| | | | | |
| *THIS DISTRIBUTION* | 1212.09 | | | |

**10-01-19**

PER YOUR INSTRUCTIONS THE NET PAY DISPLAYED ON THE
ATTACHED STATEMENT IS BEING DEPOSITED IN YOUR BANK
ACCOUNT(S) ON THE DATE INDICATED ABOVE

#BWNLHVB
6030 31938    10532          06088
Anthony J. D'Ercole
1008 Fern Valley Road
Jefferson Hills          PA 15025

THIS NOTICE IS
NOT NEGOTIABLE

---

| **NON-NEGOTIABLE** | **RETAIN THIS STATEMENT. IT IS A RECORD OF YOUR EARNINGS AND DEDUCTIONS.** |
|---|---|

United States Steel Corporation                    Pittsburgh, PA 15219-2800

EMP NAME    Anthony J. D'Ercole                    LOCATION/USS ID/RESP    6030 31938    10532
EMP ADDRESS  1008 Fern Valley Road    Jefferson Hills, PA  15025                  PAY ENDING    09-21-19
W-4 ELECTIONS: FED W/H EXEM 02    STATE W/H EXEM 00

```
     ** EARNINGS **              ** YTD INFORMATION **                 ** CURRENT POSITION DATA **
S&A Benefit          1509.20  Gross Earns      53482.31  POSIT      TOT    SUN    OT     HOL      INCENT
* TOTAL GROSS *      1509.20  Jefferson Hills    267.44  WORKED     HRS    HRS    HRS    HRS
                              Federal Tax       6769.60
    ** DEDUCTIONS **           OPT Clairton        40.00  TOTAL      0.0    0.0    0.0    0.0
Jefferson Hills         7.55  Medicare           775.49
Federal Tax           117.33  PA State Tax      1641.89
OPT Clairton            2.00  Social Security   3315.90
Medicare               21.88  PA Unemployment     32.09
PA State Tax           46.33  PA SD W Jefferson  267.44
Social Security        93.57  401k               367.74
PA Unemployment         0.91  Union Dues         549.49
PA SD W Jefferson       7.55
* TOTAL DEDUCTIONS *  297.12

*THIS DISTRIBUTION*  1212.08
```