**\*FILING FEE PAID\***    (Yes)    ____ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: DeRcole                                    JAD/TPA/(CMB)/GLT

Case Number: 19-23948

Date of Meeting: 12/16/19                    Recording # 08
Debtor(s) present ✓ or Not Present ____ (__ No Payments Made or ✓ partial payments)
Attorney for debtor(s) Moynihan (Present ✓ or Not Present ____)
Date of Plan at § 341: 11/19/19 Applicable commitment period ✓ 3 yrs ___ 5 yrs

___✓___ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD           _____ Order to Show Cause Requested
                                   _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)\*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___✓___ Continued to:
        _____ 341 Meeting    OR    __X__ Conciliation Conf. OR ___ \*Contested Hearing
        On 1/30/20 at 3:00 am/pm Location 3250

_____
Chapter 13 Trustee/Attorney for Trustee