IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s)<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to: Document No. 28 |

## LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by _the Debtor_ on _January 15, 2020_. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

*AND NOW*, this _30th_ day of _January_, 20_20_, it is hereby **ORDERED** that:

(1) The following parties are directed to participate in the Court's *Loss Mitigation Program* **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

        Debtor:    Anthony J. Dercole

        Creditor:    The Bank of New York Mellon

(2) *During the Loss Mitigation Period*, the Debtor shall make (or cause to be made) adequate protection payments in the amount of **$ 777.98** per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3) *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4) *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5) *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6) *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

PAWB Local Form 41 (06/17)                                                                                                   Page1 of 2

(7)    *One hundred twenty (120) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b).*

(8)    *Within seven (7) days of the termination of the Loss Mitigation Period,* the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f).*

(9)    Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

*[signature]* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/31/20 11:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-23948-CMB
Anthony J. Dercole                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr            Page 1 of 1              Date Rcvd: Jan 31, 2020
                            Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2020.
db             +Anthony J. Dercole,    1008 Fern Valley Rd,    Jefferson Hills, PA 15025-3503
15146316       +The Bank of New York Mellon et. al,,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2020 at the address(es) listed below:
      James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New
      York as trustee Et Al... bkgroup@kmllawgroup.com
      Mark G. Moynihan     on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net,
      moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                               TOTAL: 4