IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s)<br><br>    vs.<br><br>THE BANK OF NEW YORK MELLON<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Document No. 31 |

**CERTIFICATE OF SERVICE OF LOSS MITIGATION ORDER**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) **February 7, 2020.**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  **first-class mail, electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

Dated: February 7, 2020

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone:  (412) 889-8535
Fax:  (800) 997-8192
Email: mark@moynihanlaw.net

**Service by NEF**

Mark G. Moynihan on behalf of Debtor Anthony J. Dercole
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt on behalf of Creditor The Bank of New York Mellon, F/K/A The Bank of New York
as trustee Et Al...
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106