Certificate Number: 17572-PAW-DE-034159505

Bankruptcy Case Number: 19-23948



17572-PAW-DE-034159505

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 29, 2020, at 10:23 o'clock AM PST, Anthony D'Ercole completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 29, 2020            By:    /s/Kristina Milicevic

                                     Name:  Kristina Milicevic

                                     Title: Counselor