IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s)<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Related to Document No. 39, 40<br><br>Related to Claim: 7<br><br>Hearing Date: June 24, 2020 at 11:00AM |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO PROOF OF CLAIM

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **May 18, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, objections to the Objections were to be filed and served no later than **June 4, 2020**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

                                                  MOYNIHAN LAW, P.C.

Dated: June 5, 2020                                    /s/ Mark G. Moynihan
                                                              Mark G. Moynihan, Esquire
                                                              Attorney for Debtor(s)
                                                              PA 307622
                                                               2 Chatham Center, Suite 230
                                                              Pittsburgh, PA 15219
                                                              Phone: (412) 889-8535
                                                              Fax: (800) 997-8192
                                                              Email: mark@moynihanlaw.net