IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
ANTHONY J. DERCOLE  
    Debtor(s)

Bankruptcy No. 19-23948-CMB

Chapter 13

ANTHONY J. DERCOLE  
    Movant(s)

Related to: Document No. 43

vs.

THE BANK OF NEW YORK MELLON  
CARRINGTON MORTGAGE SERVICES, LLC  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER

A *Loss Mitigation Order* dated January 31, 2020, was entered in the above matter at Document No. 31. On May 19, 2020, a ***Motion to Extend the Loss Mitigation Period*** was filed by Debtor at Document No. 43.

*AND NOW*, this 4th day of June, 20 20, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* July 31, 20 20.

Carlota M. Böhm  
Chief United States Bankruptcy Judge

glb

FILED  
6/4/20 7:07 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony J. Dercole  
    Debtor

Case No. 19-23948-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Jun 04, 2020  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db       +Anthony J. Dercole,   1008 Fern Valley Rd,   Jefferson Hills, PA 15025-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:  
        James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New York as trustee Et Al... bkgroup@kmllawgroup.com  
        Mark G. Moynihan    on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                 TOTAL: 4