IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
ANTHONY J. DERCOLE  
    Debtor(s)

Bankruptcy No. 19-23948-CMB

Chapter 13

ANTHONY J. DERCOLE  
    Movant(s)

Related to: Document No. 39

v.

**ENTERED BY DEFAULT**

JEFFERSON CAPITAL SYSTEMS, LLC  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER OF COURT

AND NOW, this __8th__, day of __June__, 20 __20__, upon consideration of the Objection to Proof of Claim and the proceedings thereon, it is hereby ORDERED, ADJUDGED and DECREED:

1. Claim 7 filed by Jefferson Capital Systems, LLC is DISALLOWED; and

2. Jefferson Capital Systems, LLC shall not file an amended, modified or substitute claim in this case.

BY THE COURT

_Carlota M. Böhm_    glb  
Carlota M. Böhm  
Chief United States Bankruptcy Judge

FILED  
6/8/20 2:21 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Anthony J. Dercole  
    Debtor

Case No. 19-23948-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Jun 08, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
db         +Anthony J. Dercole,   1008 Fern Valley Rd,   Jefferson Hills, PA 15025-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, F/K/A The Bank of New  
          York as trustee Et Al... bkgroup@kmllawgroup.com  
         Mark G. Moynihan    on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net,  
          moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                                        TOTAL: 4