**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter:     13
Case No:     1923948

In re:       ANTHONY J DERCOLE

Account Number:  1888

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 9 filed on or about 06/25/2020 in the amount of $13,449.58 .

On this 8/27/2020.


By:    /s/ Dolan Mason
       Dolan Mason, Bankruptcy Representative
       PRA Receivables Management, LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@portfoliorecovery.com