# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | ANTHONY J. DERCOLE |
| Case Number: | 19-23948-CMB     Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 27, 2020  10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*Matter:*

#21 - Final Confirmation of Plan Dated 11/19/19 NFC
R / M #: 21 / 0

FILED
9/2/20 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Appearances:*

Debtor: Moynihan
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

*Proceedings:*

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1-14-21 at 10:30 A.M.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/20/2020  4:41:38PM