IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                  Bankruptcy No. 19-23948-CMB
ANTHONY J. DERCOLE
    Debtor(s)                                           Chapter 13

ANTHONY J. DERCOLE                                      Related to:  Document No. 55
    Movant(s)

    vs.

THE BANK OF NEW YORK MELLON
CARRINGTON MORTGAGE SERVICES, LLC
RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

## ORDER

A *Loss Mitigation Order* dated January 31, 2020, was entered in the above matter at

Document No. 31.  On August 26, 2020, a *Second Motion to Extend the Loss Mitigation Period*

was filed by Debtor at Document No.    55    .

**AND NOW**, this 10th day of    September    , 20 20, it is hereby **ORDERED,**

**ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*

October 15    , 20 20 .

Carlota M. Böhm    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/10/20 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Anthony J. Dercole
      Debtor

Case No. 19-23948-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: gamr          Page 1 of 1         Date Rcvd: Sep 10, 2020
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db              +Anthony J. Dercole,   1008 Fern Valley Rd,   Jefferson Hills, PA 15025-3503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
      James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
         York as trustee Et Al... bkgroup@kmllawgroup.com
      Mark G. Moynihan   on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net,
        moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                          TOTAL: 4