IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
ANTHONY J. DERCOLE  
    Debtor(s)

Bankruptcy No. 19-23948-CMB

Chapter 13

ANTHONY J. DERCOLE  
    Movant(s)

Related to: Document No. 62

vs.

THE BANK OF NEW YORK MELLON  
CARRINGTON MORTGAGE SERVICES, LLC  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER

A *Loss Mitigation Order* dated January 31, 2020, was entered in the above matter at Document No. 31. On October 15, 2020, a *Third Motion to Extend the Loss Mitigation Period* was filed by Debtor at Document No. 62.

*AND NOW*, this 28th day of October, 20 20, it is hereby **ORDERED, ADJUDGED AND DECREED that**

1) the loss mitigation period is extended up to and including December 15, 20 20;

2) Carrington Mortgage Services, LLC shall acknowledge receipt of Movant's September 24, 2020 application by December 5, 20 20; and

3) Carrington Mortgage Services, LLC shall evaluate Movant for a loan modification by December 5, 20 20.

Carlota M. Böhm  
Chief United States Bankruptcy Judge

glb

FILED  
10/28/20 10:05 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23948-CMB |
| Anthony J. Dercole | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 1
Date Rcvd: Oct 28, 2020      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony J. Dercole, 1008 Fern Valley Rd, Jefferson Hills, PA 15025-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee Et Al... bnicholas@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4