IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s) | Related to Document No. 65, 66 |
| vs. | |
| THE BANK OF NEW YORK MELLON<br>CARRINGTON MORTGAGE SERVICES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

**CERTIFICATE OF SERVICE OF
ORDER SCHEDULING DATES FOR RESPONSE AND ZOOM HEARING ON MOTION (Doc 66),
DEBTOR'S FOURTH MOTION TO EXTEND THE LOSS MITIGATION PERIOD,
PROPOSED ORDER AND PORTAL ACCOUNT HISTORY (Doc 65)**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) **December 17, 2020.**

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  **electronic notification, first-class mail and via the Portal**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                                                                MOYNIHAN LAW, PC

Dated: December 17, 2020            By:    /s/ Mark G. Moynihan
                                                                                Mark G. Moynihan, Esquire
                                                                                Attorney for Debtor(s)
                                                                                PA 307622
                                                                                2 Chatham Center, Suite 230
                                                                                Pittsburgh, PA 15219
                                                                                Phone:  (412) 889-8535
                                                                                Fax:  (800) 997-8192
                                                                                Email: mark@moynihanlaw.net

**Service by NEF**

Mark G. Moynihan on behalf of Debtor Anthony J. Dercole
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor The Bank of New York Mellon, F/K/A The Bank of New York as trustee Et Al...
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806


Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721



**Service via the Portal to Carrington Mortgage Services, LLC**