IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s) | Related to Document No. 65, 66 |
| vs. | Hearing Date: January 6, 2021 at 1:30PM |
| THE BANK OF NEW YORK MELLON<br>CARRINGTON MORTGAGE SERVICES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | |

## **CERTIFICATION OF NO OBJECTION REGARDING**
## **DEBTOR'S FOURTH MOTION TO EXTEND THE LOSS MITIGATION PERIOD**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on **December 15, 2020** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection appears thereon. Pursuant to the Order Scheduling Dates for Response And Zoom Hearing on Motion, objections to the Motion were to be filed and served no later than **December 24, 2020**.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

MOYNIHAN LAW, P.C.

Dated: December 28, 2020    By:    /s/ Mark G. Moynihan
Mark G. Moynihan, Esquire
Attorney for Debtor(s)
PA 307622
2 Chatham Center, Suite 230
Pittsburgh, PA 15219
Phone:  (412) 889-8535
Fax:  (800) 997-8192
Email: mark@moynihanlaw.net