# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
1/20/21 6:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Conciliation Conference:*

- **Debtor:** ANTHONY J. DERCOLE
- **Case Number:** 19-23948-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 14, 2021 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#21 Chapter 13 Plan Dated 11/19/2019 (NFC)
R / M #: 21 / 0

## *Appearances:*

Debtor: Moynihan

Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt

Creditor:

## *Proceedings:*

Outcome: Cont'd for LMP

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  3/25/21  at  9:00  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: