IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                          Bankruptcy No. 19-23948-CMB
ANTHONY J. DERCOLE
    Debtor(s)                                Chapter 13

ANTHONY J. DERCOLE                              Document No:
    Movant(s)
                                                Related to Document No. 73

    vs.


THE BANK OF NEW YORK MELLON
CARRINGTON MORTGAGE SERVICES, LLC
RONDA J. WINNECOUR, TRUSTEE
    Respondent(s)

## DEBTOR'S MOTION FOR LMP STATUS CONFERENCE

The Debtor, Anthony J. Dercole ("Movant"), moves the Court to schedule a status conference for the LMP in this case, and in support therof avers the following:

1.    On February 26, 2021, Movant filed an amended Loss Mitigation Status Report at Document No. 73.

2.    Movant believes that The Bank of New York Mellon and Carrington Mortgage Services, LLC (together "Respondents") are being uncooperative in the LMP process in this case.

3.    Movant is therefore requesting Court intervention to schedule a status conference.

4.    Movant believes that Respondents' good faith participation is needed to reach a loan modification.

WHEREFORE, Movant requests the Court schedule a status conference for the LMP and order any such further relief as the Court deems just and proper.

Respectfully submitted,

MOYNIHAN LAW PC

Dated: March 2, 2021      By:    /s/ Mark G. Moynihan
                                  Mark G. Moynihan
                                  PA ID No. 307622
                                  2 Chatham Center, Suite 230
                                  Pittsburgh, PA 15219
                                  Phone:  (412) 889-8535
                                  Fax:  (800) 997-8192
                                  Email: mark@moynihanlaw.net

                                  Attorney for Debtor(s)/Movant(s)