IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  
ANTHONY J. DERCOLE  
    Debtor(s)

Bankruptcy No. 19-23948-CMB

Chapter 13

ANTHONY J. DERCOLE  
    Movant(s)

Related to: Document Nos. 31 and 74

vs.

THE BANK OF NEW YORK MELLON  
CARRINGTON MORTGAGE SERVICES, LLC  
RONDA J. WINNECOUR, TRUSTEE  
    Respondent(s)

## ORDER OF COURT

AND NOW, this __3rd__, day of __March__, 20__21__, upon consideration of the Debtor's Motion for LMP Status Conference, it is hereby ORDERED, ADJUDGED and DECREED:

1. That a Status Conference on the LMP is set for the __30th__ day of __March__, 20__21__, at __2:30 p.m.__ via Zoom. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

2. THE BANK OF NEW YORK MELLON and CARRINGTON MORTGAGE SERVICES, LLC shall appear at the Status Conference.

3. The Loss Mitigation Period is extended to: March 30, 2021.

Carlota M. Böhm  
Chief United States Bankruptcy Judge

FILED  
3/3/21 2:08 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA