# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (Pittsburgh Division)

In re: Anthony Dercole                                                        Case No: 19-23948

                        Debtor(s)                                              Chapter: 13

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT, LCS Capital LLC, ("Creditor") hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010, Creditor hereby requests that:

(i)      all notices given or required to be given in the case; and
(ii)     all pleadings and correspondence served or required to be served in this case;
(iii)    an incorrect address was filed with the petition by the debtor attorney

Regarding Creditor should be directed to LCS Capital, LLC- C/O LCS Financial Services Corporation at the following mailing address effective immediately:

LCS Capital, LLC
C/O LCS Financial Services Corporation
6782 S. Potomac St. #100
Centennial, CO 80112

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Dated: March 4, 2021                                                Respectfully Submitted,
                                                                                    /s/ *Renee L Brinkley*
                                                                                    Renee L Brinkley
                                                                                    Bankruptcy Administrator III
                                                                                    LCS Financial Services Corporation,
                                                                                    6782 S. Potomac St. #100
                                                                                    Centennial, CO 80112

File # 532785,532786,532787

866-662-9087; Fax: 303-306-9449

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below via electronic notification or First Class, U.S. Mail.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Mark G Moynihan, Attorney
2 Chatham Ctr Ste 220
Pittsburgh, PA 15219

Anthony Dercole
1008 Fern Valley Rd
Jefferson Hills, PA 15025

Dated:  March 4, 2021

/s/ *Renee L Brinkley*_____
Bankruptcy Administrator III

File # 532785,532786,532787