# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 19-23948-CMB |
| | ) | |
| Anthony J. Dercole | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Related to Document No. 31 |
| Anthony J. Dercole | ) | |
|     Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| The Bank of New York Mellon | ) | |
| Carrington Mortgage Services, LLC | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondents | ) | |

## ORDER OF COURT

**AND NOW**, this 31st day of March, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that the Loss Mitigation period is extended up to and including June 30, 2021.

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/31/21 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**CM:**
Office of the United States Trustee
Ronda J. Winnecour, Esq., Trustee
Mark G. Moynihan, Esquire
Brian Nicholas, Esquire