IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s)<br><br>    vs.<br><br>THE BANK OF NEW YORK MELLON<br>CARRINGTON MORTGAGE SERVICES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Document No:<br><br>Related to Document No. 76 |

**ORDER**

*AND NOW*, due to the failure of The Bank of New York Mellon and Carrington Mortgage Services, LLC, or their counsel, to appear at the status conference on March 30, 2021, this _____ day of _____, 20___ , it is hereby ***ORDERED, ADJUDGED AND DECREED that***

1) The Bank of New York Mellon by and through its counsel, Brian C. Nicholas, Esq. (PA ID No. 317240) and a representative from Carrington Mortgage Services, LLC is to appear at a Status Conference on April 27, 2021 at 2:30PM via Zoom. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

2) Failure of The Bank of New York Mellon and/or Carrington Mortgage Services, LLC to appear at the status conference will result in sanctions being awarded to the Debtor.

_____
United States Bankruptcy Judge