IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No. 19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s)<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON<br>CARRINGTON MORTGAGE SERVICES, LLC<br>RONDA J. WINNECOUR, TRUSTEE<br>    Respondent(s) | Document No:<br><br>Related to Document No. 76 |

**ORDER**

    ***AND NOW***, due to the failure of The Bank of New York Mellon and Carrington Mortgage Services, LLC, or their counsel, to appear at the status conference on March 30, 2021, this  2nd  day of  April , 20 21 , it is hereby ***ORDERED, ADJUDGED AND DECREED that***

    1) The Bank of New York Mellon by and through its counsel, Brian C. Nicholas, Esq. (PA ID No. 317240) and a representative from Carrington Mortgage Services, LLC is to appear at a Status Conference on April 27, 2021 at 2:30PM via Zoom.  To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

    2)  Failure of The Bank of New York Mellon and/or Carrington Mortgage Services, LLC to appear at the status conference will result in sanctions being awarded to the Debtor.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/2/21 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA