# PROCEEDING MEMO

**Date:** 03/30/2021 02:30 pm

**In re:**  Anthony J. Dercole

                                                          **Bankruptcy No. 19-23948-CMB**
                                                          **Chapter: 13**
                                                          **Doc. # 74**

**Appearances:**  BY ZOOM:  Owen Katz, Mark G. Moynihan, Brian Nicholas (not present)

**Nature of Proceeding:** #74 Debtor's Motion For LMP Status Conference

**Additional Pleadings:** #31 Loss Mitigation Order Signed 01/30/2020
                            #37 Loss Mitigation Status Report
                            #43 Motion To Extend the Loss Mitigation Period
                            #44 Order Signed 06/04/2020 Extending the Loss Mitigation Period to: 07/31/2020
                            #55 Second Motion To Extend the Loss Mitigation Period
                            #56 Exhibit to Docket #55 - Portal Account History
                            #59 Order Signed 09/10/2020 Extending the Loss Mitigation Period to: 10/15/2020
                            #62 Third Motion To Extend the Loss Mitigation Period
                            #63 Order Signed 10/28/2020 Extending the Loss Mitigation Period to: 12/15/2020
                            #65 Fourth Motion To Extend the Loss Mitigation Period
                            #69 Order Signed 12/19/2020 Extending the Loss Mitigation Period to: 02/26/2021
                            #73 Debtor's Amended Loss Mitigation Status Report Dated 02/26/2021
                            #76 Order Signed Granting Motion For Status Conference.  The Loss Mitigation Period is extended to 03/30/2021
                            #80 Order of Court Dated 03/26/2021 Confirming Plan As Modified
                            #81 Conciliation Conference Minutes Dated 03/25/2021

**Judge's Notes:**
 -Attorney Nicholas not present.
 -Moynihan: Request LMP extension to 6/30.
 OUTCOME: Continued to 4/27 at 2:30 pm.
 -Order will be entered extending LMP to 6/30.
 -Attorney Moynihan to file proposed order on or before 4/8 indicating that counsel for BNY Mellon failed to appear at this hearing and shall appear at continued hearing.

                                                          **Carlota Böhm**
                                                          **Chief U.S. Bankruptcy Judge**

                                                          FILED
                                                          3/31/21 8:42 am
                                                          CLERK
                                                          U.S. BANKRUPTCY
                                                          COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                                 Case No. 19-23948-CMB

Anthony J. Dercole                                                                                                                                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                    User: gamr                                                                    Page 1 of 1

Date Rcvd: Mar 31, 2021                                       Form ID: pdf900                                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Dercole, 1008 Fern Valley Rd, Jefferson Hills, PA 15025-3503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2021                                             Signature:                /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2021 at the address(es) listed below:

**Name**                               **Email Address**

Brian Nicholas
        on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee Et Al...
        bnicholas@kmllawgroup.com

Mark G. Moynihan
        on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net
        moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 4