## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony J. Dercole<br>　　　　　　　Debtor<br><br>The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-9<br>　　　　　　　Movant<br>　vs.<br><br>Anthony J. Dercole<br><br>Ronda J. Winnecour, Trustee<br>　　　　　　　Respondents | NO. 19-23948CMB<br><br>CHAPTER 13<br><br>Related to: Document Nos. 31 and 89 |

### ORDER

Upon consideration of the Motion to Continue Status Conference filed by Movant, The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-9, it is **Ordered** and **Decreed** that the Motion is **granted**, and the Status Conference scheduled for April 27, 2021 at 2:30 p.m. is hereby continued to June 29, 2021 at 1:30 p.m. via Zoom Video Conference Application.

Dated: April 22, 2021

*Carlota M. Böhm*  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/22/21 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA