# PROCEEDING MEMO

**Date: 06/29/2021 01:30 pm**

**In re:   Anthony J. Dercole**

> Bankruptcy No. 19-23948-CMB
> Chapter: 13
> Doc. # 31

**Appearances:** James Warmbrodt, Mark G. Moynihan, Maria Miksich, Daryl Dewhurst (Carrington Mortgage Services)

**Nature of Proceeding:** #74 Continued Hearing Re: Debtor's Motion For LMP Status Conference

**Additional Pleadings:** #31 Loss Mitigation Order Signed 01/30/2020
#37 Loss Mitigation Status Report
#43 Motion To Extend the Loss Mitigation Period
#44 Order Signed 06/04/2020 Extending the Loss Mitigation Period to: 07/31/2020
#55 Second Motion to Extend the Loss Mitigation Period
#56 Exhibit to Docket #55 - Portal Account History
#59 Order Signed 09/10/2020 Extending the Loss Mitigation Period to: 10/15/2020
#62 Third Motion To Extend the Loss Mitigation Period
#63 Order Signed 10/28/2020 Extending the Loss Mitigation Period to: 12/15/2020
#65 Fourth Motion To Extend the Loss Mitigation Period
#69 Order Signed 12/19/2020 Extending the Loss Mitigation Period to: 02/26/2021
#73 Debtor's Amended Loss Mitigation Status Report Dated 02/26/2021
#74 Motion For Status Conference
#76 Order Signed 03/03/2021 Granting Motion for Status Conference. The Loss Mitigation Period is extended to 03/30/2021.
#80 Order of Court Dated 03/26/2021 Confirming Plan As Modified
#81 Conciliation Conference Minutes Dated 03/25/2021
#83 Zoom Hearing Held 03/30/2021.  Continued to 04/27/2021 at 2:30 p.m. Order will be entered extending LMP to 06/30/2021. Attorney Moynihan to file Proposed Order on or before 04/08/2021 indicating that counsel for BNY Mellon failed to appear at this Hearing and shall appear at Continued Hearing.
#84 Order Signed 03/31/2021 - It is hereby Ordered, Adjudged and Decreed that the Loss Mitigation Period is extended up to and including 06/30/202
#86 Order Signed 04/02/2021 - Due to the failure of The Bank of New York Mellon and Carrington Mortgage Services, LLC, or their counsel, to appear at the Status Conference on 03/30/2021, this 2nd day of April, 2021, it is hereby Ordered, Adjudged and Decreed that (1) The Bank of New York Mellon by and through it's counsel Brian C. Nicholas, Esq. (PA ID No. 317240) and a representative from Carrington Mortgage Services, LLC is to appear at a Status Conference on 04/27/2021 at 2:30 p.m. via Zoom.   (2) Failure of The Bank of New York Mellon and/or Carrington Mortgage Services, LLC to appear at the Status Conference will result in sanctions being awarded to the Debtor
#89 Consenual Motion To Continue Status Conference Scheduled for 04/27/2021 at 2:30 p.m.
#90 Order Signed 04/22/2021 Cancelling Zoom Status Conference Hearing scheduled for 04/27/2021 at 2:30 p.m. and Continuing Hearing to: 06/29/2021 at 1:30 p.m.

**Judge's Notes:**

-Moynihan Sent 19-23048-CMB a Doc 96 nal Filed 06/29/21 t LEntered 06/29/21 15:03:46 Desc Main
Conference.
OUTCOME: Withdrawn.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
6/29/21 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA