IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>ANTHONY J. DERCOLE<br>    Debtor(s) | Bankruptcy No.  19-23948-CMB<br><br>Chapter 13 |
| ANTHONY J. DERCOLE<br>    Movant(s)<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON,<br>F/K/A THE BANK OF NEW YORK AS<br>TRUSTEE FOR REGISTERED HOLDERS<br>OF CWABS, INC., ASSET-BACKED<br>CERTIFICATES, SERIES 2005-9,<br>    Respondent(s) | Related to Doc. No. 97, 95 |

**CERTIFICATE OF SERVICE OF ORDER DATED JUNE 30, 2021 [Doc 97],
NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND
AMENDED PLAN DATED JUNE 29, 2021 [Doc 95]**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **June 30, 2021**.

The type(s) of service made on the parties was: **first-class mail and electronic notification**.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

                                                                    MOYNIHAN LAW PC

Executed on: June 30, 2021        By:    /s/ Mark G. Moynihan
                                                                Mark G. Moynihan
                                                                PA ID No. 307622
                                                                2 Chatham Center, Suite 230
                                                                Pittsburgh, PA 15219
                                                                Phone:  (412) 889-8535
                                                                Fax:  (800) 997-8192
                                                                Email: mark@moynihanlaw.net

                                                                Attorney for Debtor(s)

**Service by NEF**

Mark G. Moynihan on behalf of Debtor Anthony J. Dercole
mark@moynihanlaw.net, moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Brian Nicholas on behalf of Creditor The Bank of New York Mellon, F/K/A The Bank of New York as trustee Et Al...
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

| | | |
|---|---|---|
| LCS Financial Services Corporation<br>6782 S Potomac St<br>Suite 100<br>Centennial, CO 80112-4585 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | Ally Bank<br>PO Box 130424<br>Roseville MN 55113-0004 |
| Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Barclay's Bank Delaware<br>P.O. Box 8803<br>Wilmington, DE 19899-8803 | Barclays Bank Delaware<br>Attn: Correspondence<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Carly Dercole<br>317 Melvin Drive Apt 103<br>Pittsburgh, PA 15236-1429 |
| Carrington Mortgage Services<br>Attn: Bankruptcy<br>Po Box 3730<br>Anaheim, CA 92803-3730 | Catherine Dercole<br>60 Clover Drive Apt 2<br>Pittsburgh, PA 15236-3766 | Citibank<br>Centralized Bankruptcy<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Clairton Works FCU<br>121 S 2nd Ave<br>Elizabeth, PA 15037-1549 | Clairton Works Federal Credit Union<br>600 State St., Unit 3<br>Clairton, PA 15025-1876 |

| | | |
|---|---|---|
| First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 | PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>PO Box 1999<br>Saint Cloud, MN 56302 | Law Offices of Frederic I. Weinberg<br>& Associates<br>375 E. Elm Street<br>Suite 210<br>Conshohocken, PA 19428-1973 |
| Navient<br>Attn: Bankruptcy<br>PO Box 9640<br>Wiles-Barre, PA 18773-9640 | Navient<br>Attn: Claims Dept<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | PENNSYLVANIA HOUSING FINANCE AGENCY<br>211 NORTH FRONT STREET<br>HARRISBURG PA 17101-1406 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Ratchford Law Group, PC<br>54 Glenmaura National Blvd.<br>Suite 104<br>Moosic, PA 18507-2161 | The Bank of New York Mellon et. al,<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Anthony J. Dercole<br>1008 Fern Valley Rd<br>Jefferson Hills, PA 15025-3503 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |