**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Anthony J. Dercole**
 **aka Anthony James Dercole, aka Anthony J. D'Ercole**
  Debtor(s)

Bankruptcy Case No.: 19−23948−CMB

Chapter: 13
Docket No.: 97 − 95
Concil. Conf.: August 26, 2021 at 09:00 AM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated June 29, 2021* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **August 12, 2021,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **August 26, 2021** at **09:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: June 30, 2021

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony J. Dercole  
    Debtor

Case No. 19-23948-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 3  
Date Rcvd: Jun 30, 2021      Form ID: 222      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Dercole, 1008 Fern Valley Rd, Jefferson Hills, PA 15025-3503 |
| cr | + | LCS Financial Services Corporation, 6782 S Potomac St, Suite 100, Centennial, CO 80112-4585 |
| 15136569 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15157502 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15136570 | + | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15136571 | + | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 15136572 | + | Carly Dercole, 317 Melvin Drive Apt 103, Pittsburgh, PA 15236-1429 |
| 15136574 | + | Catherine Dercole, 60 Clover Drive Apt 2, Pittsburgh, PA 15236-3766 |
| 15185547 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15136577 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 15136580 | + | Law Offices of Frederic I. Weinberg, & Associates, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15141180 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15136586 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd. Suite 104, Moosic, PA 18507-2161 |
| 15136587 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15167331 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:44:01 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 15164983 | | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15136568 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 30 2021 23:44:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15136573 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 30 2021 23:44:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15136575 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:51 | Citibank, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15171162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:43 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15136576 | + | Email/Text: cwfcu@verizon.net | Jun 30 2021 23:45:00 | Clairton Works FCU, 121 S 2nd Ave, Elizabeth, PA 15037-1549 |
| 15136578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 30 2021 23:44:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15168883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 30 2021 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136579 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 30 2021 23:45:00 | Jefferson Capital Systems, LLC, PO Box 1999, |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: 222 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56302 |
| 15136581 | + | Email/PDF: pa_dc_claims@navient.com | Jun 30 2021 23:43:37 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barre, PA 18773-9640 |
| 15136582 | + | Email/PDF: pa_dc_claims@navient.com | Jun 30 2021 23:43:38 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15136584 | | Email/Text: blegal@phfa.org | Jun 30 2021 23:45:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17101 |
| 15136585 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 30 2021 23:44:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15167001 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 30 2021 23:44:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15172108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:43:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15136583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 30 2021 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15146316 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 30 2021 23:44:00 | The Bank of New York Mellon et. al,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, F/K/A The Bank of New |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee Et Al... bnicholas@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 3 of 3 |
| Date Rcvd: Jun 30, 2021 | Form ID: 222 | Total Noticed: 33 |

Ronda J. Winnecour     ustpregion03.pi.ecf@usdoj.gov

cmecf@chapter13trusteewdpa.com

TOTAL: 4