IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 19-23948-CMB |
| Anthony J. Dercole | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | Document No. _____ |
| | ) | Related to Document No. 102 |

### CONSENT ORDER MODIFYING AUGUST 27, 2021 ORDER

AND NOW, this _____ day of _____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 27, 2021 it is

ORDERED that the Chapter 13 Plan dated June 29, 2021 is CONFIRMED as modified at the Plan confirmation hearing. It is further

ORDERED that Part "1.H." be amended to add the following: No payments shall be made to Ally Bank (Claim #4) as the claim is being paid outside the plan. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The August 27, 2021 order otherwise remains in full force and effect.

BY THE COURT:

_____
Judge Carlota M. Böhm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire (PA I.D. #307622)
Attorney for debtor
112 Washington Place, Suite 230
Pittsburgh, PA  15219
412-889-8535
mark@moynihanlaw.net