IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 19-23948-CMB |
| Anthony J. Dercole | ) |
| | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) Related to: Document No. 102 |

**CONSENT ORDER MODIFYING AUGUST 27, 2021 ORDER**

AND NOW, this __23rd__ day of _____September_____, 2021, upon consent of the Debtor and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 27, 2021 it is

ORDERED that the Chapter 13 Plan dated June 29, 2021 is CONFIRMED as modified at the Plan confirmation hearing. It is further

ORDERED that Part "1.H." be amended to add the following: No payments shall be made to Ally Bank (Claim #4) as the claim is being paid outside the plan. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The August 27, 2021 order otherwise remains in full force and effect.

BY THE COURT:

*Carlota M. Böhm*   glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/23/21 2:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consented to:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
kdesimone@chapter13trusteewdpa.com

/s/ Mark G. Moynihan
Mark G. Moynihan, Esquire (PA I.D. #307622)
Attorney for debtor
112 Washington Place, Suite 230
Pittsburgh, PA  15219
412-889-8535
mark@moynihanlaw.net

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23948-CMB
Anthony J. Dercole     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 3
Date Rcvd: Sep 23, 2021     Form ID: pdf900     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Dercole, 1008 Fern Valley Rd, Jefferson Hills, PA 15025-3503 |
| cr | + | LCS Financial Services Corporation, 6782 S Potomac St, Suite 100, Centennial, CO 80112-8000 |
| 15136569 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15157502 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15136570 | + | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15136571 | + | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 15136572 | + | Carly Dercole, 317 Melvin Drive Apt 103, Pittsburgh, PA 15236-1429 |
| 15136574 | + | Catherine Dercole, 60 Clover Drive Apt 2, Pittsburgh, PA 15236-3766 |
| 15185547 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15136577 | + | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197-0002 |
| 15136580 | + | Law Offices of Frederic I. Weinberg, & Associates, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15141180 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15136586 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd. Suite 104, Moosic, PA 18507-2161 |
| 15136587 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15167331 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2021 23:40:31 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 15164983 | | Email/Text: ally@ebn.phinsolutions.com | Sep 23 2021 23:32:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15136568 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 23 2021 23:32:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15136573 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 23 2021 23:32:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15136575 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 23:40:32 | Citibank, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15171162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 23 2021 23:40:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15136576 | + | Email/Text: cwfcu@verizon.net | Sep 23 2021 23:32:00 | Clairton Works FCU, 121 S 2nd Ave, Elizabeth, PA 15037-1549 |
| 15136578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2021 23:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15168883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2021 23:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136579 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2021 23:32:00 | Jefferson Capital Systems, LLC, PO Box 1999, |

| District/off: 0315-2 | User: gamr | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56302 |
| 15136581 | + | Email/PDF: pa_dc_claims@navient.com | Sep 23 2021 23:40:28 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barre, PA 18773-9640 |
| 15136582 | + | Email/PDF: pa_dc_claims@navient.com | Sep 23 2021 23:40:26 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15136584 | | Email/Text: blegal@phfa.org | Sep 23 2021 23:32:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17101 |
| 15136585 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 23 2021 23:32:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15167001 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 23 2021 23:32:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15172108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2021 23:40:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15136583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15146316 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 23 2021 23:32:00 | The Bank of New York Mellon et. al,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, F/K/A The Bank of New |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee Et Al... bnicholas@kmllawgroup.com |
| Mark G. Moynihan | on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |

District/off: 0315-2 User: gamr Page 3 of 3
Date Rcvd: Sep 23, 2021 Form ID: pdf900 Total Noticed: 33

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4