**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/27/2022

IN RE:

ANTHONY J. DERCOLE
1008 FERN VALLEY RD
JEFFERSON HILLS,  PA  15025
XXX-XX-5016          Debtor(s)

Case No.19-23948 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/27/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br><br> PHILADELPHIA, PA  19106 | Trustee Claim Number:1   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  BANK OF NY MELLON/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **ALLY BANK(*)** <br> ATTN TRUSTEE PAYMENT CENTER <br> PO BOX 78367 <br><br> PHOENIX, AZ  85062-8367 | Trustee Claim Number:2   INT %:  0.00% <br> Court Claim Number:4 <br> CLAIM:  0.00 <br> COMMENT:  PD OUTSIDE/CONF*NT PROV/PL*$3432.37/CL*DKT | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  5541 |
| **BANK OF NEW YORK MELLON** <br> C/O CARRINGTON MORTGAGE SERVICES LLC <br> PO BOX 3730 <br><br> ANAHEIM, CA  92806 | Trustee Claim Number:3   INT %:  0.00% <br> Court Claim Number:2 <br> CLAIM:  0.00 <br> COMMENT:  PMT/NTC-PL*DKT4PMT-LMT*BGN 11/19 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.:  8387 |
| **PHFA(*)** <br> ATTN: LOAN SERVICING <br> PO BOX 15057 <br><br> HARRISBURG, PA  17105-5057 | Trustee Claim Number:4   INT %:  0.00% <br> Court Claim Number:NC <br> CLAIM:  0.00 <br> COMMENT:  NT OWED/COUNSEL*NT PROV/PL*VRFY TYPE/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br><br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:5   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT OWED/COUNSEL*NT PROV/PL*NO$~NO YRS~NTC ONLY/SCH | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br><br> HARRISBURG, PA  17128 | Trustee Claim Number:6   INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT OWED/COUNSEL*NT PROV/PL*NO$~NO YRS~NTC ONLY/SCH | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF OMAHA(*)** <br> 1620 DODGE ST STOP 3106* <br><br> OMAHA, NE  68197-3106 | Trustee Claim Number:7   INT %:  0.00% <br> Court Claim Number:1 <br> CLAIM:  112.50 <br> COMMENT:  X9258~DISPUTED/SCH*SHEETZ | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2112 |
| **BANK OF AMERICA NA**** <br> PO BOX 15102 <br><br> WILMINGTON, DE  19886-5102 | Trustee Claim Number:8   INT %:  0.00% <br> Court Claim Number:3 <br> CLAIM:  6,798.56 <br> COMMENT:  DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7383 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:9   INT %:  0.00% <br> Court Claim Number:9 <br> CLAIM:  0.00 <br> COMMENT:  DSALLWD/OE*BARCLAYS/JET BLUE*CL 9@$13,449.58 W/D-DOC 57 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  1888 |
| **CITIBANK NA**** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br> LOUISVILLE, KY  50325-3439 | Trustee Claim Number:10  INT %:  0.00% <br> Court Claim Number:8 <br> CLAIM:  181.88 <br> COMMENT:  X5692/SCH*BEST BUY | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2549 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CLAIRTON WORKS FCU*** <br> 600 STATE ST UNIT 3 <br> CLAIRTON, PA 15025 | Trustee Claim Number: 11  INT %: 0.00% <br> Court Claim Number: 10 | CLAIM: 675.23 <br> COMMENT: TIMELY@GU BAR DATE*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7145 |
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 12  INT %: 0.00% <br> Court Claim Number: 7 | CLAIM: 0.00 <br> COMMENT: REF 3445421849*DSALLWD/OE*DSPTD/SCH*FIFTH THIRD BANK*$9936.03/CL*DK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9003 |
| **NAVIENT** <br> PO BOX 9500 <br> WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 13  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7554 |
| **NAVIENT** <br> PO BOX 9500 <br> WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 14  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7757 |
| **NAVIENT** <br> PO BOX 9500 <br> WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 15  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9484 |
| **NAVIENT** <br> PO BOX 9500 <br> WILKES-BARRE, PA 18773-9500 | Trustee Claim Number: 16  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6009 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 17  INT %: 0.00% <br> Court Claim Number: 5 | CLAIM: 199.14 <br> COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1790 |
| **WELLS FARGO BANK NA** <br> ATTN PAYMENT PROCESSING <br> PO BOX 14487 <br> DES MOINES, IA 50309 | Trustee Claim Number: 18  INT %: 0.00% <br> Court Claim Number: 6 | CLAIM: 3,997.92 <br> COMMENT: 0755/SCH*624686985 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6985 |
| **FREDERIC I WEINBERG ESQ** <br> THE LAW OFCS OF FREDERIC I WEINBERG & AS <br> 375 E ELM ST STE 210 <br> CONSHOHOCKEN, PA 19428 | Trustee Claim Number: 19  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |
| **ABRAHAMSEN RATCHFORD++** <br> 409 LACKAWANNA AVE STE 3C <br> SCRANTON, PA 18503-2059 | Trustee Claim Number: 20  INT %: 0.00% <br> Court Claim Number: | CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY <br> ACCOUNT NO.: |

| | | |
|---|---|---|
| **CARLY DERCOLE**<br>317 MELVIN DR APT 103<br><br>PITTSBURGH, PA  15236 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **TAMMY DERCOLE**<br>57 BALLSTON AVE APT 602<br><br>SARATOGA SPRINGS, NY  12866 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /SCH H | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BANK OF NEW YORK MELLON**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br><br>ANAHEIM, CA  92806 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  4,686.28<br>COMMENT:  $/CL-PL*THRU 10/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  8387 |
| **BANK OF NEW YORK MELLON**<br>C/O CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 3730<br><br>ANAHEIM, CA  92806 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:02<br><br>CLAIM:  0.00<br>COMMENT:  LMP TERM | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8387 |
| **LCS FINANCIAL SVCS**<br>6782 S POTOMAC ST #100<br><br>CENTENNIAL, CO  80112 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |