IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                          CASE NO 19-23948-CMB

Anthony J. Dercole,                                                    Chapter 13
    Debtor(s).

Ronda J. Winnecour, Chapter 13
Trustee,
    Movant(s),

vs.
Anthony J. Dercole,
    Respondent(s).

## CONSENT ORDER OF COURT DISPOSING OF LUMP SUM PAYMENT(S) AND COMPLETING THE PLAN

WHEREAS, the Trustee has posted lump sum payments of $12,350.00 on 5/2/22, and $9,200.00 on 7/26/22 (collectively, the "Lump Sums"), the sources of which were early withdrawals from the Debtor's retirement accounts and other savings taken for the purpose of completing his Plan early;

WHEREAS, Trustee believes that with the regularly monthly plan payments, including the ACH draw scheduled for August 2022, and adding the Lump Sums, the Trustee will have a sufficient balance on hand to complete the plan early at 100% to unsecured creditors, with an October 2022 long term continuing debt takeover date; and

NOW THEREFORE, the Trustee and Debtor(s) agree as follows:

(1) The Lump Sum payments shall be added to plan payments, including the plan payment due for August 2022, and the balance on hand shall be used, after Trustee fees, to complete the case by paying long-term continuing debt through September 2022, pre-petition mortgage arrears, and a 100% distribution to unsecured creditors.

(2) Trustee shall terminate the ACH after the August 2022 draw.

(3)   Debtor shall resume long-term continuing debt in October 2022.

(4)   Notwithstanding the foregoing, Plan completion is subject to final audit. To the extent the balance on hand is insufficient to fund what is need to complete the case at 100% the Debtor(s) shall pay in the shortfall. To the extent of any surplus, it shall be refunded.

So Ordered this _____ day of _____, 20_____.

_____
U. S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com
Attorney for Debtor(s)