IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO 19-23948-CMB |
| Anthony J. Dercole,<br>    Debtor(s). | Chapter 13 |
| Ronda J. Winnecour, Chapter 13<br>Trustee,<br>    Movant(s), | |
| vs. | |
| Anthony J. Dercole,<br>    Respondent(s). | |

**CONSENT ORDER OF COURT DISPOSING OF LUMP SUM PAYMENT(S) AND COMPLETING THE PLAN**

WHEREAS, the Trustee has posted lump sum payments of $12,350.00 on 5/2/22, and $9,200.00 on 7/26/22 (collectively, the "Lump Sums"), the sources of which were early withdrawals from the Debtor's retirement accounts and other savings taken for the purpose of completing his Plan early;

WHEREAS, Trustee believes that with the regularly monthly plan payments, including the ACH draw scheduled for August 2022, and adding the Lump Sums, the Trustee will have a sufficient balance on hand to complete the plan early at 100% to unsecured creditors, with an October 2022 long term continuing debt takeover date; and

NOW THEREFORE, the Trustee and Debtor(s) agree as follows:

(1)    The Lump Sum payments shall be added to plan payments, including the plan payment due for August 2022, and the balance on hand shall be used, after Trustee fees, to complete the case by paying long-term continuing debt through September 2022, pre-petition mortgage arrears, and a 100% distribution to unsecured creditors.

(2)    Trustee shall terminate the ACH after the August 2022 draw.

(3)   Debtor shall resume long-term continuing debt in October 2022.

(4)   Notwithstanding the foregoing, Plan completion is subject to final audit. To the extent the balance on hand is insufficient to fund what is need to complete the case at 100% the Debtor(s) shall pay in the shortfall. To the extent of any surplus, it shall be refunded.

So Ordered this  29th  day of  July , 20 22 .

Carlota M. Böhm  glb
Chief United States Bankruptcy Judge

FILED
7/29/22 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Consented to:**

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

/s/ Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com
**Attorney for Debtor(s)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Anthony J. Dercole  
    Debtor

Case No. 19-23948-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3  
Date Rcvd: Jul 29, 2022  Form ID: pdf900  Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Dercole, 1008 Fern Valley Rd, Jefferson Hills, PA 15025-3503 |
| cr | + | LCS Financial Services Corporation, 6782 S Potomac St, Suite 100, Centennial, CO 80112-8000 |
| 15136572 | + | Carly Dercole, 317 Melvin Drive Apt 103, Pittsburgh, PA 15236-1429 |
| 15136574 | + | Catherine Dercole, 60 Clover Drive Apt 2, Pittsburgh, PA 15236-3766 |
| 15185547 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15136580 | + | Law Offices of Frederic I. Weinberg, & Associates, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15136586 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd. Suite 104, Moosic, PA 18507-2161 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2022 00:25:01 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: blegal@phfa.org | Jul 30 2022 00:22:00 | Pennsylvania Housing Finance Agency-Homeowner's Em, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 15164983 | | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2022 00:21:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15136568 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2022 00:21:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15136569 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 30 2022 00:21:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15157502 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 30 2022 00:22:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15136570 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 30 2022 00:22:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15136571 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 30 2022 00:22:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 15136573 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 30 2022 00:21:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15136575 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2022 00:35:27 | Citibank, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15171162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2022 00:35:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15136576 | + | Email/Text: cwfcu@verizon.net | Jul 30 2022 00:22:00 | Clairton Works FCU, 121 S 2nd Ave, Elizabeth, PA 15037-1549 |
| 15136577 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 30 2022 00:22:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15141180 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 30 2022 00:22:00 | First National Bank of Omaha, 1620 Dodge St., |

Case 19-23948-CMB   Doc 120   Filed 07/31/22   Entered 08/01/22 00:24:26   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Stop Code 3105, Omaha, NE 68197 |
| 15136578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2022 00:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15168883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2022 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136579 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 30 2022 00:22:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 15136581 | + | Email/PDF: pa_dc_claims@navient.com | Jul 30 2022 00:24:51 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barre, PA 18773-9640 |
| 15136582 | + | Email/PDF: pa_dc_claims@navient.com | Jul 30 2022 00:24:44 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15136584 | | Email/Text: blegal@phfa.org | Jul 30 2022 00:22:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17101 |
| 15136585 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2022 00:21:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15167001 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2022 00:21:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15172108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2022 00:25:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15136583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2022 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15146316 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 30 2022 00:21:00 | The Bank of New York Mellon et. al,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15136587 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jul 30 2022 00:35:27 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15167331 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 30 2022 00:35:29 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, F/K/A The Bank of New |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2022         Signature:         /s/Gustava Winters

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Jul 29, 2022 Form ID: pdf900 Total Noticed: 34

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee Et Al... bnicholas@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mark G. Moynihan | on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Anthony J. Dercole shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 6