Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Anthony J. Dercole**
**aka Anthony James Dercole, aka Anthony J. D'Ercole**
  Debtor(s)

Bankruptcy Case No.: 19−23948−CMB

Chapter: 13
Docket No.: 124 − 123

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 12/9/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/19/23 at 02:30 PM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/9/22.**

 

                                              Carlota M. Bohm
                                              United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23948-CMB

Anthony J. Dercole     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 26, 2022 | Form ID: 408v | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony J. Dercole, 1008 Fern Valley Rd, Jefferson Hills, PA 15025-3503 |
| cr | + | LCS Financial Services Corporation, 6782 S Potomac St, Suite 100, Centennial, CO 80112-8000 |
| 15136572 | + | Carly Dercole, 317 Melvin Drive Apt 103, Pittsburgh, PA 15236-1429 |
| 15136574 | + | Catherine Dercole, 60 Clover Drive Apt 2, Pittsburgh, PA 15236-3766 |
| 15185547 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15136580 | + | Law Offices of Frederic I. Weinberg, & Associates, 375 E. Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 15136586 | + | Ratchford Law Group, PC, 54 Glenmaura National Blvd. Suite 104, Moosic, PA 18507-2161 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:48 | PRA Receivables Management, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: blegal@phfa.org | Oct 26 2022 23:49:00 | Pennsylvania Housing Finance Agency-Homeowner's Em, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 15164983 | | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 23:48:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15136568 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 23:48:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 15136569 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15157502 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15136570 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 26 2022 23:48:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 15136571 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 26 2022 23:48:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 15136573 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2022 23:48:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 15136575 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:38 | Citibank, Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 15171162 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:12 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15136576 | + | Email/Text: cwfcu@verizon.net | Oct 26 2022 23:49:00 | Clairton Works FCU, 121 S 2nd Ave, Elizabeth, PA 15037-1549 |
| 15136577 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 26 2022 23:48:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15141180 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 26 2022 23:48:00 | First National Bank of Omaha, 1620 Dodge St., |

Case 19-23948-CMB    Doc 127    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408v | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Stop Code 3105, Omaha, NE 68197 |
| 15136578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15168883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15136579 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 26 2022 23:49:00 | Jefferson Capital Systems, LLC, PO Box 1999, Saint Cloud, MN 56302 |
| 15136581 | + | Email/PDF: pa_dc_claims@navient.com | Oct 26 2022 23:47:09 | Navient, Attn: Bankruptcy, PO Box 9640, Wiles-Barre, PA 18773-9640 |
| 15136582 | + | Email/PDF: pa_dc_claims@navient.com | Oct 26 2022 23:47:34 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15136584 | | Email/Text: blegal@phfa.org | Oct 26 2022 23:49:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, P.O. Box 8029, Harrisburg, PA 17101 |
| 15136585 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, Attn: Bankruptcy, PO Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15167001 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15172108 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15136583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15146316 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2022 23:48:00 | The Bank of New York Mellon et. al,, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15136587 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2022 23:47:08 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 15167331 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 26 2022 23:47:08 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | The Bank of New York Mellon, F/K/A The Bank of New |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022        Signature:        /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408v | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon  F/K/A The Bank of New York as trustee Et Al... bnicholas@kmllawgroup.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Mark G. Moynihan | on behalf of Debtor Anthony J. Dercole mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Anthony J. Dercole shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 6