**Fill in this information to identify the case:**

Debtor 1: ANTHONY J DERCOLE
Debtor 2:
(Spouse, if filing)
United States Bankruptcy Court for the: Western District of Pennsylvania
Case number: **19-23948**

Official Form 410S1 | Chapter 13
--- | ---
**Notice of Mortgage Payment Change** | 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | |
|---|---|
| Name of Creditor: THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9, | Court claim no. (if known): 2-1 |
| **Last four digits** of any number you use to identify the debtor's account:   8387 | **Date of payment change:** 12/04/2020
**Must be at least 21 days after date of this notice**
**New total payment:** $1,121.94
Principal, interest and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**   Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law.  Describe the basis for the change. If a statement is not attached, explain why:

**Current Escrow Payment:**   $266.87                              **New Escrow Payment:**   $270.09

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**   No

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law.
If a notice is not attached, explain why:

**Current Interest Rate:**                                          **New Interest Rate:**

**Current principal and interest payment:**                         **New principal and interest payment:**

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**   No

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
(Court approval may be required before the payment change can take effect.)

Reason for change:

**Current mortgage payment:**                                       **New mortgage payment:**

| Debtor 1: ANTHONY J DERCOLE | Case number (if known): 19-23948 |
|---|---|

**Part 4: Sign Here**

The person completing the Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if Different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor      ☒ I am the creditor's authorized agent

(Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information and reasonable belief.

**/s/ Diane Tran**                                                           Date: Oct 26, 2020
Signature

Print:   Diane Tran                                                          Title: Authorized Agent

Company:   Liepold, Harrison & Associates

Address:   701 Highlander Blvd., Ste. 200
           Arlington, TX 76015

Contact Phone:                                                               Email:   dtran@ursusholdings.com

**UNITED STATES BANKRUPTCY COURT**
**Western DISTRICT OF Pennsylvania**

*In Re:*  Case No. 19-23948

**ANTHONY  J  DERCOLE**

**Chapter 13**

**Debtor(s)**

**CERTIFICATE OF SERVICE**

I hereby certify that on 10/26/2020, a true and correct copy of the foregoing Notice of Mortgage Payment Change was served upon all interested parties pursuant to the Court's CM/ECF system and/or by First Class U.S. Mail.

By: /s/ Diane Tran

THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9
701 Highlander Blvd., Ste. 200
Arlington, TX 76015

Debtor
ANTHONY  J  DERCOLE

1008 FERN VALLEY RD
CLAIRTON, PA 15025

Debtor's Counsel
Mark G. Moynihan Moynihan Law, P.C.
2 Chatham Ctr Ste 230
Pittsburgh, PA 15219

Trustee
RONDA J. WINNECOUR
Suite 3250, USX Tower 600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
Liberty Center. 1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567   FAX: (949) 517-5220

                                            /P1        /    680

ANTHONY J DERCOLE                                           YOUR LOAN NUMBER : ▮▮▮▮▮▮▮
TAMMY L DERCOLE
2 CHATHAM CENTER, SUITE 230                                 DATE: 09/25/20
PITTSBURGH            PA 15219


### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING NOVEMBER,2019 AND ENDING OCTOBER, 2020.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

            --- YOUR PAYMENT BREAKDOWN AS OF NOVEMBER,2019 IS ---

                PRIN & INTEREST                    851.85
                ESCROW PAYMENT                     266.87
                TOTAL                            1,118.72

| MONTH | -- PAYMENTS TO ESCROW -- PRIOR PROJECTED | ACTUAL | -- PAYMENTS FROM ESCROW -- PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | -- ESCROW BALANCE -- PRIOR PROJECTED | ACTUAL |
|---|---|---|---|---|---|---|---|---|
|     |          |        |              | STARTING BALANCE  = = = > | | | 800.70 | 335.41- |
| NOV | 266.87 * |        |              |              |         |              | 1067.57 | 335.41- |
| DEC | 266.87 * |        |              |              |         |              | 1334.44 | 335.41- |
| JAN | 266.87 * |        |              |              |         |              | 1601.31 | 335.41- |
| FEB | 266.87 * |        |       *      |              |  344.87 | COUNTY TAX   | 1868.18 | 681.67- |
|     |          |        |       0      |              |    1.39 | COUNTY TAX   |         |         |
| MAR | 266.87 * |        |  344.87 *    | COUNTY TAX   |         |              | 1788.79 | 681.67- |
|     |          |        |    1.39      | COUNTY TAX   |         |              |         |         |
| APR | 266.87 * |        |              |              |         |              | 2055.66 | 681.67- |
| MAY | 266.87 * |        |              |              |         |              | 2322.53 | 681.67- |
| JUN | 266.87 * | 545.24 |              |              |         |              | 2589.40 | 136.43- |
| JUL | 266.87 * |        |              |              |         |              | 2856.27 | 136.43- |
| AUG | 266.87 * | 272.62 | 1759.78 *    | SCHOOL TAX   | 1760.31 | SCHOOL TAX   |  842.87 | 2144.61- |
|     |          |        |    6.30      | SCHOOL TAX   |    6.30 | SCHOOL TAX   |         |         |
|     |          |        |  512.52      | CITY TAX     |  512.52 | CITY TAX     |         |         |
|     |          |        |    1.67      | CITY TAX     |    1.67 | CITY TAX     |         |         |
| SEP | 266.87   |   E    |  576.00 *    | HOMEOWNERS   |  592.00 | HOMEOWNERS   |  533.74 TLP | 2736.61- ALP |
| OCT | 266.87   |   E    |              |              |         |              |  800.61 | 2736.61- |
| TOT | 3202.44  | 817.86 | 3202.53      |              | 3219.06 |              |         |         |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $533.74.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $2,736.61-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

07/19       $272.62       08/19       $272.62       09/19       $545.24       *


### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

            PLEASE REVIEW THIS STATEMENT CLOSELY – YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING DECEMBER,2020 AND ENDING NOVEMBER,2021.

------------------ **PROJECTED PAYMENTS FROM ESCROW - DECEMBER,2020 THROUGH NOVEMBER,2021** -------------
                HOMEOWNERS INSU                     592.00
                COUNTY TAX                          344.87
                COUNTY TAX                            1.39
                SCHOOL TAX                        1,760.31
                SCHOOL TAX                            6.30
                CITY TAX                            512.52
                CITY TAX                              1.67

                TOTAL                             3,219.06
                PERIODIC PAYMENT TO ESCROW          268.25   (1/12 OF "TOTAL FROM ESCROW")

                **** CONTINUED ON NEXT PAGE ****

------------------ PROJECTED ESCROW ACTIVITY - DECEMBER, 2020 THROUGH NOVEMBER, 2021 ----------------------
---- PROJECTED PAYMENTS --                              -- ESCROW BALANCE COMPARISON --

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | PROJECTED | REQUIRED |
|---|---|---|---|---|---|
|  |  | ACTUAL STARTING BALANCE = = = > | | 1,050.95 | 1,073.06 |
| DEC,20 | 268.25 |  |  | 1,319.20 | 1,341.31 |
| JAN,21 | 268.25 |  |  | 1,587.45 | 1,609.56 |
| FEB,21 | 268.25 |  |  | 1,855.70 | 1,877.81 |
| MAR,21 | 268.25 | 344.87 | COUNTY TAX | 1,777.69 | 1,799.80 |
|  |  | 1.39 | COUNTY TAX |  |  |
| APR,21 | 268.25 |  |  | 2,045.94 | 2,068.05 |
| MAY,21 | 268.25 |  |  | 2,314.19 | 2,336.30 |
| JUN,21 | 268.25 |  |  | 2,582.44 | 2,604.55 |
| JUL,21 | 268.25 |  |  | 2,850.69 | 2,872.80 |
| AUG,21 | 268.25 | 1,760.31 | SCHOOL TAX | 838.14 | 860.25 |
|  |  | 6.30 | SCHOOL TAX |  |  |
|  |  | 512.52 | CITY TAX |  |  |
|  |  | 1.67 | CITY TAX |  |  |
| SEP,21 | 268.25 | 592.00 | HOMEOWNERS INSU | 514.39 ALP | 536.50 RLP |
| OCT,21 | 268.25 |  |  | 782.64 | 804.75 |
| NOV,21 | 268.25 |  |  | 1,050.89 | 1,073.00 |

-------------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------------------------------

IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....                    THE ESCROW SHORTAGE IS....         22.11- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM December 4, 2020.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $45.63.

----------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT -------------------------------------
```
                        PRIN & INTEREST              851.85 *
                        ESCROW PAYMENT               268.25
                        SHORTAGE PYMT                  1.84
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  12/04/20   ==>      1,121.94
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $533.75.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $536.50.

  YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
  THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**

| 10/19 | $272.62 | 11/19 | $266.87 | 12/19 | $3,202.44* |

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy
proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending
bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely
provides informational notice regarding the status of the loan.  If you are represented by
an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments,
or other defaults on your account may be reflected in your credit report.  As required by law,
you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency if you fail to fulfill the terms of your credit
obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and
any information obtained will be used for that purpose. This notice is required by the
provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting
to collect money from anyone who has discharged the debt under the bankruptcy laws of the
United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership
counselors or counseling organizations in your area by calling the HUD nationwide toll-free
telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or
by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit
applicants on the basis of race, color, religion, national origin, sex, marital status, or age
(provided the applicant has the capacity to enter into a binding contract); because all or part
of the applicant's income derives from any public assistance program; or because the applicant
has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal
Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the
Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.