**Fill in this information to identify the case:**

Debtor 1    Anthony J. Dercole

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Western District of Pennsylvania (Pittsburgh)
(State)

Case number    19-23948

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-9

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX8387

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2021

**New total payment:**    $ 1,150.72
Principal, interest, and escrow, if any

## Part 1:    Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:**    $ 270.09        **New escrow payment:**    $ 298.87

## Part 2:    Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate**    %    **New interest rate:**    %

   **Current principal and interest payment:**    $    **New principal and interest payment:**    $

## Part 3:    Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:

   **Current mortgage payment:**    $    **New mortgage payment:**    $

---

| Debtor 1 | <u>Anthony J. Dercole</u> | Case number (*if known*) <u>19-23948</u> |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

✗ <u>/s/ Randall Miller</u>                                                                                          Date <u>October,20, 2021</u>
Signature

| Print: | <u>Randall Miller</u> | Title | <u>Agent</u> |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

Company    <u>Carrington Mortgage Services, LLC</u>

Address    <u>43252 Woodward Avenue, Suite180</u>
           Number        Street

           <u>Bloomfield Hills, MI 48302</u>
           City                State       ZIP Code

Contact phone    <u>(248) 335-9200</u>    Email    <u>bankruptcy@rsmalaw.com</u>

---

Official Form 410S1                          **Notice of Mortgage Payment Change**                          page 2

**CARRINGTON**
MORTGAGE SERVICES, LLC
NMLS ID #2600

CARRINGTON MORTGAGE SERVICES, LLC
P.O. Box 5001
Westfield, IN 46074

(800) 561-4567  FAX: (949) 517-5220

/P1    /    680

ANTHONY J DERCOLE
TAMMY L DERCOLE
2 CHATHAM CENTER, SUITE 230
PITTSBURGH         PA 15219

YOUR LOAN NUMBER ▮▮▮▮▮▮
DATE: 09/24/21

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY ***

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING DECEMBER,2020 AND ENDING NOVEMBER, 2021.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF DECEMBER,2020 IS ---

```
              PRIN & INTEREST                  851.85
              ESCROW PAYMENT                   268.25
              SHORTAGE PYMT                      1.84
              TOTAL                          1,121.94
```

| MONTH | -- PAYMENTS TO ESCROW -- | | -- PAYMENTS FROM ESCROW -- | | | | -- ESCROW BALANCE -- | | |
|---|---|---|---|---|---|---|---|---|---|
|  | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | DESCRIPTION | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL | |
|  |  |  | STARTING BALANCE = = = > | | | | 1073.06 | 2197.12- | |
| DEC | 268.25 * | 266.87 |  |  |  |  | 1341.31 | 1930.25- | |
| JAN | 268.25 * | 266.87 |  |  |  |  | 1609.56 | 1663.38- | |
| FEB | 268.25 * | 266.87 | * |  | 344.87 | COUNTY TAX | 1877.81 | 1742.77- | |
|  |  |  | 0 |  | 1.39 | COUNTY TAX |  |  | |
| MAR | 268.25 * | 266.87 | 344.87 * | COUNTY TAX |  |  | 1799.80 | 1475.90- | |
|  |  |  | 0   1.39 | COUNTY TAX |  |  |  |  | |
| APR | 268.25 * | 266.87 |  |  |  |  | 2068.05 | 1209.03- | |
| MAY | 268.25 * |  |  |  |  |  | 2336.30 | 1209.03- | |
| JUN | 268.25 * | 266.87 |  |  |  |  | 2604.55 | 942.16- | |
| JUL | 268.25 * | 266.87 |  |  |  |  | 2872.80 | 675.29- | |
| AUG | 268.25 * | 266.87 | 1760.31 * | SCHOOL TAX | 1836.48 | SCHOOL TAX | 860.25 | 3438.68- | ALP |
|  |  |  | 0   6.30 | SCHOOL TAX | 6.55 | SCHOOL TAX |  |  | |
|  |  |  | 0  512.52 | CITY TAX | 512.52 | CITY TAX |  |  | |
|  |  |  | 0    1.67 | CITY TAX | 16.71 | CITY TAX |  |  | |
|  |  |  | 0 |  | 658.00 | HOMEOWNERS |  |  | |
| SEP | 268.25 |  | E  592.00 | HOMEOWNERS |  |  | 536.50 TLP | 3438.68- | |
| OCT | 268.25 |  | E |  |  |  | 804.75 | 3438.68- | |
| NOV | 268.25 |  | E |  |  |  | 1073.00 | 3438.68- | |
| TOT | 3219.00 | 2134.96 | 3219.06 |  | 3376.52 |  |  |  | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $536.50.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $3,438.68-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

10/19        $272.62         11/19        $266.87        12/19        $3,202.44    *

### *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY. IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING DECEMBER,2021 AND ENDING NOVEMBER,2022.

--------------- PROJECTED PAYMENTS FROM ESCROW - DECEMBER,2021 THROUGH NOVEMBER,2022 -------------

**** CONTINUATION ****

```
------------------- PROJECTED ESCROW ACTIVITY - DECEMBER,2021 THROUGH NOVEMBER,2022 ---------------------
          ---- PROJECTED PAYMENTS --                    -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW    FROM ESCROW    DESCRIPTION        PROJECTED        REQUIRED
                      ACTUAL STARTING BALANCE   = = = >   915.51         1,125.56
DEC,21    281.37                                        1,196.88         1,406.93
JAN,22    281.37                                        1,478.25         1,688.30
FEB,22    281.37                                        1,759.62         1,969.67
MAR,22    281.37        344.87       COUNTY TAX         1,694.73         1,904.78
                          1.39       COUNTY TAX
APR,22    281.37                                        1,976.10         2,186.15
MAY,22    281.37                                        2,257.47         2,467.52
JUN,22    281.37                                        2,538.84         2,748.89
JUL,22    281.37                                        2,820.21         3,030.26
AUG,22    281.37          6.55       SCHOOL TAX           729.32           939.37
                      1,836.48       SCHOOL TAX
                         16.71       CITY TAX
                        512.52       CITY TAX
SEP,22    281.37        658.00       HOMEOWNERS INSU      352.69 ALP       562.74 RLP
OCT,22    281.37                                          634.06           844.11
NOV,22    281.37                                          915.43         1,125.48
```

--------------------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE --------------------------

```
IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....                    THE ESCROW SHORTAGE IS....        210.05- *

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM December 4, 2021.


AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $45.63.
```

-------------------------------- CALCULATIONS OF YOUR NEW PAYMENT AMOUNT --------------------------------

```
                    PRIN & INTEREST             851.85 *
                    ESCROW PAYMENT              281.37
                    SHORTAGE PYMT                17.50
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE   12/04/21    ==>       1,150.72

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :      YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
            HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
            WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
            ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
            DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $536.51.
            YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
            CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
            REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
            TO BE YOUR CUSHION AMOUNT.
            YOUR ESCROW CUSHION FOR THIS CYCLE IS $562.74.

    YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
    THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
```

**Escrow payments up to escrow analysis effective date:**

```
08/20      $266.87           09/20      $266.87          10/20     $3,774.82*
```

## IMPORTANT BANKRUPTCY NOTICE

If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

## CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## MINI MIRANDA

This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

## HUD COUNSELOR INFORMATION

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)**

In Re:

Anthony J. Dercole,

      Debtor

Case No: 19-23948 - Chapter: 13
Judge: Carlota Bohm

## CERTIFICATE OF SERVICE

The undersigned states that on October 20, 2021, copies of the **Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| | | |
|---|---|---|
| Anthony J. Dercole<br>1008 Fern Valley Rd<br>Jefferson Hills, PA 15025 | Debtor's Attorney<br>Mark G. Moynihan<br>2 Chatham Ctr<br>Ste 230<br>Pittsburgh, PA 15219 | Chapter 13 Trustee<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 |
| | | U.S. Trustee<br>U.S. Trustee<br>1001 Liberty Avenue<br>Suite 970<br>Pittsburgh, PA 15222 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200